E.D.N.Y.–Bklyn
06-cv-105
Matsumoto, J.
Orenstein, M.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand fourteen.

Present:
> José A. Cabranes,
> Raymond J. Lohier, Jr.,
> Christopher F. Droney,
> > *Circuit Judges*.

Gowanus Industrial Park, Inc.,

> *Plaintiff-Counter-Defendant-Appellant*,

v.  14-3676

Arthur H. Sulzer Associates, Inc.,

> *Defendant-Counter-Claimant-Appellee*.

Appellee moves to dismiss Appellant's appeal. Upon due consideration, it is hereby ORDERED that Appellee's motion is GRANTED and the appeal is DISMISSED. Appellant's failure to timely object to the magistrate judge's report and recommendation constitutes a waiver of the right to appeal, and it is not in the "interests of justice" to excuse this default. *See Cephas v. Nash*, 328 F.3d 98, 107 (2d Cir. 2003); *United States v. Male Juvenile (95-CR-1074)*, 121 F.3d 34, 38 (2d Cir. 1997); *Wesolek v. Canadair Ltd.*, 838 F.2d 55, 59 (2d Cir. 1988).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk



SAO-IAD